

FILED
APR 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $42,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $18,000.00 IN U.S. CURRENCY,<br><br>Defendants, | 2:13-CV-00764-KJM-DAD<br><br>APPLICATION AND ORDER FOR PUBLICATION |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendants Approximately $42,000.00 in U.S. Currency and Approximately $18,000.00 in U.S. Currency ("defendant currency") was seized in the city of Sacramento, in Sacramento County, California. The Drug Enforcement

1

1  Administration published notice of the non-judicial forfeiture of the defendant currency
2  on December 31, 2012, January 7, and January 14, 2013, in *The Wall Street Journal;*
3      4.    The United States proposes that publication be made as follows:
4          a.    One publication;
5          b.    Thirty (30) consecutive days;
6          c.    On the official internet government forfeiture site www.forfeiture.gov;
7          d.    The publication is to include the following:
8              (1)    The Court and case number of the action;
9              (2)    The date of the seizure/posting;
10             (3)    The identity and/or description of the property seized/posted;
11             (4)    The name and address of the attorney for the United States;
12             (5)    A statement that claims of persons entitled to possession or
13 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
14 and served on the attorney for the United States no later than 60 days after the first day
15 of publication on the official internet government forfeiture site; and
16             (6)    A statement that answers to the Complaint or a motion under
17 Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 4/19/2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 4/22/13

_____
UNITED STATES MAGISTRATE JUDGE

Application and Order for Publication